THE TOWN OF ESSEX, APPELLANT, *v.* THE NEW YORK AND CANADA RAILROAD COMPANY AND OTHERS, RESPONDENTS.

*Irrelevant matter — striking out of — discretionary — when improper.*

APPEAL from an order of the Special Term, striking out portions of the complaint as irrelevant and redundant.

The court at General Term say : " Irrelevant and redundant allegations hurt no one. It is not, therefore, an absolute right to have them stricken out. The court should exercise a discretion. It might reasonably strike out matter which is plainly and on the first glance seen to be impertinent. But it should use this power with reluctance and caution. There is little benefit in motions of this kind, and there may be much harm. Immaterial evidence can always be rejected at the trial. It is best that the plaintiff have great latitude in setting forth in his complaint whatever, in good faith, he thinks may be important ; especially in cases like this, where the relief demanded is of an equitable character.

We do not decide as to the materiality of the allegations stricken out. But for the reasons above expressed, we think that the portion of the order appealed from should be reversed, with ten dollars costs and printing."

*Samuel Hand,* for the appellant. *Waldo, Tobey & Grover,* for the respondents.

Opinion *Per Curiam.*

Present — LEARNED, P. J., BOCKES and BOARDMAN, JJ.

Order reversed, with ten dollars costs and printing.